UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Katrina Pasley,<br><br>             Plaintiff(s),<br><br>vs.<br><br>Walmart Incorporated,<br><br>             Defendant(s). | **2:23-cv-00946-ART-MDC**<br><br>**Order** |

Pending before the Court is the *Stipulation for the Extension of Time* (ECF No. 12). The Court denies the Stipulation without prejudice and with leave to refile. The parties' Stipulation is filed less than twenty-one (21) days before the current discovery deadline. The parties, however, did not comply with LR 26-3, which provides, in relevant part: "A motion or stipulation to extend a deadline set forth in a discovery plan must be received by the court no later than 21 days before the expiration of the subject deadline. A request made within 21 days of the subject deadline must be supported by a showing of good cause."

ACCORDINGLY,

**IT IS ORDERED that** the *Stipulation for the Extension of Time* (ECF No. 12) is DENIED WITHOUT PREJUDICE.

DATED this 1st day of May 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge