# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATRINA PASLEY, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WALMART INCORPORATED, a Foreign Corporation; DOE INDIVIDUALS I through XX, ROE LEGAL ENTITIES I through XX, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:23-CV-00946-ART-MDC<br><br>**ORDER APPROVING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED to by Defendant WALMART INCORPORATED, and Plaintiff KATRINA PASLEY, by and through their attorneys of record, that any and all claims among and between the above-named parties be dismissed with prejudice, each party to bear their own fees and costs incurred herein.

/ / /

/ / /

/ / /

This Stipulation is entered into in good faith, in the interest of judicial economy, and not for the purposes of delay.

STIPULATED AND AGREED TO this 2nd day of January, 2025.

**MURCHISON & CUMMING, LLP**

By: */s/ Bryan J. Ure*
Michael J. Nuñez, Esq.
Nevada Bar No. 10703
Bryan J. Ure, Esq.
Nevada Bar No. 11004
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Attorneys for Defendant

STIPULATED AND AGREED TO this 2nd day of January, 2025.

**VAN LAW FIRM**

*/s/ Noah Duran*
Justin G Schmidt, Esq.
Nevada Bar No. 10982
Noah Duran, Esq.
Nevada Bar No. 15033
1290 S Jones Boulevard
Las Vegas, NV 89146
Attorneys for Plaintiff

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

*KATRINA PASLEY vs. WALMART INCORPORATED., et al.*
*Case No.: 2:23-cv-00946*
*Stipulation and Order for Dismissal with Prejudice*

## ORDER

The Court having considered the aforementioned Stipulation between the Parties, and good cause appearing therefore;

**ORDERED, ADJUDGED AND DECREED** that that the above-entitled action be, and the same hereby is, dismissed with prejudice, each of the parties to bear its own fees and costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** any pending court date related to this matter shall be vacated and removed from calendar.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the Clerk of the Court shall close this case.

_____
Anne R. Traum
United States District Judge

DATED: January 3, 2025